Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:        (619) 233-7770
Office Fax Number:    (619) 297-1022

*Attorneys for Plaintiff,*
Ashton Wood

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ASHTON WOOD, | CASE NO: 2:16-CV-04376-ODW-JC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| MIDLAND FUNDING, LLC, | |
| Defendant. | |

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 10, 2016 for filing a Request for Dismissal.

Respectfully submitted,

Date: August 26, 2016

**Hyde & Swigart**

By: _____
Crosby S. Connolly, Esq.
*Attorneys for Plaintiff*
Ashton Wood